JOHN McGOLDRICK, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 20, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 9, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*C. D. Prescott* for appellant.

*T. G. Curtin* and *John D. McMahon* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH and GRAY, JJ., not voting.
Judgment affirmed. _____